[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-14298
Non-Argument Calendar
_____

D.C. Docket No. 1:13-cr-00305-TWT-LTW-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KAMAURI KENNEDY,
a.k.a. Terry Howard,
a.k.a. Kam,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(March 20, 2015)

Before WILLIAM PRYOR, JORDAN and JILL PRYOR, Circuit Judges.

PER CURIAM:

Kamauri Kennedy appeals his sentence of 70 months of imprisonment, following his pleas of guilty to conspiring to interfere and to interfering with commerce by committing or threatening physical violence during the robbery of a jewelry store. 18 U.S.C. §§ 1951(a), 2. Kennedy challenges the four-level increase of his base offense level for having "otherwise used" a dangerous weapon, a sledgehammer. *See* United States Sentencing Guidelines Manual § 2B3.1(b)(2)(D) (Nov. 2013). We affirm.

Even if we were to assume that the district court erred by applying the "otherwise used" enhancement, that error was harmless because it did not affect Kennedy's sentence. The district court announced that it would have imposed the same sentence without the enhancement "to adequately take into consideration the [statutory] sentencing factors," 18 U.S.C. § 3553(a), and that sentence is reasonable. *See United States v. Keene*, 470 F.3d 1347, 1348–49 (11th Cir. 2006). Kennedy's sentence of 70 months is within his advisory guideline range, and we ordinarily expect that a sentence within the advisory range is reasonable, *see United States v. Hunt*, 526 F.3d 739, 746 (11th Cir. 2008). And Kennedy's sentence is below his maximum statutory sentence of 20 years of imprisonment. *See United States v. Gonzalez*, 550 F.3d 1319, 1324 (11th Cir. 2008).

We **AFFIRM** Kennedy's sentence.